# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **MIRIAM RODRIGUEZ-ARGUELLO,** ) ) ) | |
| Petitioner, ) ) | Case No. 7:25-cv-1132-ACA-NAD |
| v. ) ) | |
| **WARDEN BORDEN, et al.,** ) ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

Miriam Rodriguez-Arguello filed an amended petition for habeas corpus relief pursuant to 28 U.S.C. § 2241 seeking to have First Step Act and Second Chance Act credits applied to her sentence. (Doc. 4). The magistrate judge entered a report recommending that the court dismiss Ms. Rodriguez-Arguello's petition as moot because Ms. Rodriguez-Arguello has been released from custody and removed to Mexico. (Doc. 14). Although the magistrate judge advised the parties of their right to file objections to the report and recommendation within fourteen days (*id*. at 4–5), the court has not received any objections and the deadline for filing objections has passed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the

magistrate judge's report and **ACCEPTS** the recommendation. Accordingly, the court **WILL DISMISS** this petition as moot.

The court will enter a separate final order consistent with this opinion.

**DONE** and **ORDERED** this March 2, 2026.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE